Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## of the
## NORTHERN DISTRICT OF CALIFORNIA

In Re

    Kim Aldeana Sorensen | Chapter 13 Case Number:
13-41668-WJL13

    Debtors(s)

## ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS

The Trustee represents that as of February 22, 2016, all the payments owed by the above named debtor(s) in the Chapter 13 Case filed on March 20, 2013 and confirmed by the Court, have been paid.

DATE: March 04, 2016          /s/ Martha G. Bronitsky
                                             Martha G. Bronitsky
                                             Chapter 13 Standing Trustee