UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA

| In Re | Chapter 13 Case Number: 13-41668-WJL13 |
|---|---|
| Kim Aldeana Sorensen<br><br>Debtors(s) | NOTICE OF PLAN COMPLETION AND REQUEST FOR NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE BY TRUSTEE |

Martha G. Bronitsky, Chapter 13 Standing Trustee, (hereinafter "Trustee") represents the following:

1. The confirmed Chapter 13 Plan in this case has been completed and all plan payment to be made to the Trustee and/or otherwise provided for under the plan have been made.

2. Kim Aldeana Sorensen is not entitled to receive a discharge in this case because the following requirements for discharge in 11 U.S.C. § 1328 were not met:

_____ The debtor received a discharge in a prior case within the time periods specified in 11 U.S.C. §1328(f) and is not entitled to a discharge in this case.

_____ The debtor has not paid all domestic support obligations as the term is defined in 11 U.S.C. §101(14A) by any order of a court or administrative agency or by any statute. 11 U.S.C. §1328(a)

_____ The debtor did not complete an instructional course concerning personal financial management described in 11 U.S.C. §111 or did not file a statement regarding completion of the course prior to making the last plan payment. 11 U.S.C. §1328(g); Interim Bankr. R. 1007(b)(7) and (c)

_____ No statement as to whether there is pending a proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B) has been filed with the court. 11 U.S.C. §1328(h); Interim Bankr. R. 1007,4004.

__XX___ Other: Did not file Debtor's Certification in Support of Discharge

**THEREFORE, THE TRUSTEE REQUESTS THAT THE COURT ISSUE A NOTICE THAT THE ABOVE-CAPTIONED CASE HAS BEEN CLOSED WITHOUT A DISCHARGE**

Date: May 10, 2016         /s/ Martha G. Bronitsky
                           Martha G. Bronitsky
                           Chapter 13 Standing Trustee

# UNITED STATES BANKRUPTCY COURT
## of the
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>Kim Aldeana Sorensen<br><br><br>Debtors(s) | Chapter 13 Case Number:13-41668-WJL13<br><br>NOTICE OF PLAN COMPLETION AND REQUEST FOR NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE BY TRUSTEE |

Martha G. Bronitsky, Chapter 13 Standing Trustee, (hereinafter "Trustee") represents the following:

1. The confirmed Chapter 13 Plan in this case has been completed and all plan payment to be made to the Trustee and/or otherwise provided for under the plan have been made.

2. Kim Aldeana Sorensen is not entitled to receive a discharge in this case because the following requirements for discharge in 11 U.S.C. § 1328 were not met:

_____ The debtor received a discharge in a prior case within the time periods specified in 11 U.S.C. §1328(f) and is not entitled to a discharge in this case.

_____ The debtor has not paid all domestic support obligations as the term is defined in 11 U.S.C. §101(14A) by any order of a court or administrative agency or by any statute. 11 U.S.C. §1328(a)

_____ The debtor did not complete an instructional course concerning personal financial management described in 11 U.S.C. §111 or did not file a statement regarding completion of the course prior to making the last plan payment. 11 U.S.C. §1328(g); Interim Bankr. R. 1007(b)(7) and (c)

_____ No statement as to whether there is pending a proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B) has been filed with the court. 11 U.S.C. §1328(h); Interim Bankr. R. 1007,4004.

__XX___ Other: Did not file Debtor's Certification in Support of Discharge

**THEREFORE, THE TRUSTEE REQUESTS THAT THE COURT ISSUE A NOTICE THAT THE ABOVE-CAPTIONED CASE HAS BEEN CLOSED WITHOUT A DISCHARGE**

Date: May 10, 2016         /s/ Martha G. Bronitsky
                           Martha G. Bronitsky
                           Chapter 13 Standing Trustee