Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540

Trustee for Debtor(s)

The following constitutes the order of the court.
Signed May 11, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>Kim Aldeana Sorensen<br><br><br>Debtor(s) | Chapter 13 Case Number:<br>13-41668-WJL13<br><br>In Proceedings Under<br>Chapter 13 of the<br>Bankruptcy Code |

**ORDER DISCHARGING CHAPTER 13 TRUSTEE
AND FINAL DECREE**

The Chapter 13 Plan of the debtor(s) having been fully performed, and the estate of the above-named debtor(s) having been fully administered,

IT IS ORDERED AS FOLLOWS:

The Final Account of Martha G. Bronitsky, Chapter 13 Standing Trustee is approved, she is discharged as Trustee after having fully performed her duties, and her bond is cancelled.

END OF ORDER

COURT SERVICE LIST

| | |
|---|---|
| Kim Aldeana Sorensen<br>5015 Pisces Ave<br>Livermore,CA 94551 | Nathan D Borris Atty<br>1380 A Street<br>Hayward,CA 94541 |
| (Debtor(s)) | (Counsel for Debtor) |